IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

UNITED STATES OF AMERICA,

vs.

DEJUAN RAVENEL,

Defendant.

Case No.: ____2:26-mj-00042____

**WRIT OF HABEAS CORPUS**
**AD PROSEQUENDUM**

It appears that criminal charges have been filed against the Defendant in the above-captioned case. It further appears that the defendant, DEJUAN RAVENEL, is presently incarcerated at Sheriff Al Cannon Detention Center, 3841 Leeds Ave, North Charleston, South Carolina 29405.  It is therefore

ORDERED that the Jailor, or their authorized representative, deliver DEJUAN RAVENEL, to the United States Marshals Service or other federal law enforcement officer from time to time as the defendant may be needed until the within action is concluded in its entirety.  It is further

ORDERED that the United States Marshals Service or other federal law enforcement officer shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case, and, upon the conclusion of this case, the said Marshal or other federal law enforcement officer shall return the defendant to his aforesaid place of confinement.

**{SIGNATURE PAGE TO FOLLOW}**

1

THE HONORABLE MOLLY H. CHERRY
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina
July   21  , 2026


BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: */s/ J. Carra Henderson*
J. CARRA HENDERSON, #12229
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
(843) 727-4381

2